UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  **Gary S. Stewart** | :  No. 18-10201 - jkf |
| | : |
| | :  **Chapter 13** |
| **US Bank N.A.** | : |
| | : |
| v. | : |
| | : |
| **Gary S. Stewart** | : |

Response to Motion for Relief filed by **U.S. Bank N.A.**

Debtor, by and through his attorney, responds as follows:

1-5.   Admitted.

5-10   Denied.  Debtor was behind post-petition when the Motion was filed but has since made all payments.  The real estate is necessary to an effective reorganization.

WHEREFORE, it is respectfully requested that the Motion be DENIED.


By:    /S/Michael P. Kelly
       402 Middletown Blvd.
       Suite 202
       Langhorne, Pa. 19047
       215-741-1100
       mpk@cowanandkelly.com