United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-10201-jkf
Gary S. Stewart                                                       Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD          Page 1 of 1          Date Rcvd: Jun 25, 2018
                             Form ID: pdf900          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 27, 2018.
db              +Gary S. Stewart,    535 Stevens Road,    Morrisville, PA 19067-3832

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2018                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 25, 2018 at the address(es) listed below:
          FREDERICK L. REIGLE   ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
          FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          KEVIN M. BUTTERY   on behalf of Creditor   US Bank National Association bkyefile@rasflaw.com
          KEVIN M. BUTTERY   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL
           CAPACITY BUT SOLELY AS TRUSTEE NRZ PASS-THROUGH TRUST X bkyefile@rasflaw.com
          MICHAEL P. KELLY   on behalf of Debtor Gary S. Stewart mpkpc@aol.com,  r47593@notify.bestcase.com
          POLLY A. LANGDON   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          REBECCA ANN SOLARZ   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS
           INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE NRZ PASS-THROUGH TRUST X bkgroup@kmllawgroup.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                          TOTAL: 8

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Gary S. Stewart<br><br>           Debtor | CHAPTER 13 |
| U.S. Bank National Association, not in its<br>individual capacity but solely as Trustee NRZ<br>PASS-THROUGH TRUST X<br>           Movant<br>vs. | NO. 18-10201 JKF |
| Gary S. Stewart<br><br>           Debtor | 11 U.S.C. Section 362 |
| Frederick L. Reigle Esq.<br><br>           Trustee | |

### AMENDED STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1.    The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$1,031.00,** which breaks down as follows;

Fees & Costs Relating to Motion: $1,031.00
**Total Post-Petition Arrears      $1,031.00**

2.    The Debtor(s) shall cure said arrearages in the following manner;

a). Beginning on July 1, 2018  and continuing through December 1, 2018 , until the arrearages are cured, Debtor(s) shall pay the present regular monthly payment of **$1,229.27** on the mortgage (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month, plus an installment payment of **$171.84 from July 2018 to November 2018 and $171.80 for December 2018** towards the arrearages on or before the last day of each month at the address below;

**Nationstar Mortgage, LLC**
P.O. Box 619094
Dallas, TX 75261-9741

b).    Maintenance of current monthly mortgage payments to the Movant thereafter.

3.    Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4.      In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtor(s) and Debtor's attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

5.      The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6.      If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

7.      If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8.      The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9.      The parties agree that a facsimile signature shall be considered an original signature.

Date:   June 15, 2018                    By: /s/ Rebecca A. Solarz, Esquire
                                         Rebecca A. Solarz, Esquire

Date: 6-19-18                            _____
                                         Michael P. Kelly, Attorney for Debtor

Date: 6/28/18                            _____
                                         Frederick L. Reigle, Chapter 13 Trustee

Approved by the Court this 25th day of ___June_____, 2018. However, the court retains discretion regarding entry of any further order.

_____
Bankruptcy Judge
Jean K. Fitzsimon