## UNITED STATES BANKRUPTCY COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

RE:  : BKY. NO. 18-10201
GARY S. STEWART  :
 : CHAPTER 13

### CERTIFICATION OF SERVICE

I, Michael P. Kelly, Esquire, hereby certify that I served a copy of the First Amended Chapter 13 Plan upon all priority creditors, all secured creditors, the Chapter 13 Trustee, the United States Trustee and on all other creditors who are adversely affected by the changes to the original plan on the 9th day of July, 2018, by electronic mail and/or first class mail, postage prepaid.

July 9, 2017                                                        /s/ Michael P. Kelly
                                                                          Michael P. Kelly, Esquire
                                                                          Attorney for Debtor(s)
                                                                          Suite 202 - Penn's Square
                                                                          402 Middletown Blvd.
                                                                          Langhorne, PA    19047
                                                                          (215) 741-1100
                                                                          fax (215) 741-4029
                                                                          email:  mpk@cowanandkelly.com

Service List

Gary Stewart - by CM/ECF
535 Stevens Road
Morrisville, PA 19067

U.S. Trustee's Office - by CM/ECF
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Frederick L. Reigle - by CM/ECF
P.O. Box 4010
Reading, PA 19606

Pennsylvania Department of Revenue – by regular mail
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

U.S. Bank National Association - by CM/ECF
c/o Rebecca A. Solarz, Esquire
KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532

Nationstar Mortgage, LLC – by regular mail
d/b/a Mr. Cooper
Attn:   Bankruptcy Dept
P.O. Box 619096
Dallas, TX 75261-9747