UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: GARY S. STEWART                : **No. 18-10201 - jkf**
                                                           : **CHAPTER 13**

## CERTIFICATION OF NO RESPONSE

I, Michael P. Kelly, Esquire, hereby certify that no answer, objection or other responsive pleading was received in response to Counsel's Application for Counsel Fees.

BY: /s/ *Michael P. Kelly*
     MICHAEL P. KELLY, ESQ.
     202 PENNS SQUARE
     LANGHORNE, PA. 19047